**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7726

FLOYD JOYNER, SR.,

Plaintiff - Appellant,

v.

CARL EDWARD EASON, JR., Judge,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Liam O'Grady, District Judge.   (1:14-cv-01147-LO-IDD)

Submitted: March 17, 2015          Decided:  March 20, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Floyd Joyner, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Joyner, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Joyner v. Eason, No. 1:14-cv-01147-LO-IDD (E.D. Va. Nov. 10, 2014). We deny Joyner's motions to appoint counsel and for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED